[No. 11949.  *En Banc.*  September 24, 1915.]

WILLIAM TOPPING, *by his Guardian etc., Respondent,* v. GREAT
NORTHERN RAILWAY COMPANY, *Appellant.*[1]

Appeal from a judgment of the superior court for King county,
Humphries, J., entered November 15, 1913, upon the verdict of a
jury rendered in favor of the plaintiff, in an action for the wrongful
death of a passenger on a railroad train.  Reversed.

*F. V. Brown* and *F. G. Dorety,* for appellant.
*Fred M. Williams* and *L. F. Chester,* for respondent.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc,* a majority of the court
adhere to the opinion heretofore filed herein as reported in 81 Wash.
166, 142 Pac. 425.

For the reasons there stated, the judgment is reversed.

---

[No. 12407.  Department Two.  October 28, 1915.]

THE CITY OF SEATTLE, *Appellant,* v. INDEPENDENT ASPHALT PAVING
COMPANY, *Respondent.*[2]

Appeal from an order of the superior court for King county,
Smith, J., entered August 11, 1914, upon sustaining a demurrer to
the complaint, dismissing an action to recover an illegal payment of
interest on local improvement bonds.  Affirmed.

*James E. Bradford* and *Howard A. Hanson,* for appellant.
*John W. Roberts,* for respondent.

PER CURIAM.—This case is controlled by the decision in the case
of *Seattle v. Walker, ante* p. 609, 152 Pac. 330, and upon the author-
ity of that case, the judgment is affirmed.

[1]Reported in 151 Pac. 775.
[2]Reported in 152 Pac. 332.